[No. 2929–3. Division Three. July 19, 1979.]

MARY JONES, *Respondent,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–2–00774–1, Howard Hettinger, J., entered May 8, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 2435–2. Division Two. July 23, 1979.]

RAYMOND V. KAUTZ, ET AL, *Respondents,* v. GILBERT O. MINOR, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 51975, Warner Poyhonen, J. Pro Tem., entered May 17, 1976. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 3311–2. Division Two. July 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT RAY PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 52143, Thomas R. Sauriol, J., entered January 19, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.